**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-7109**

———————

JAY D. GOULD, JR.,

                                    Plaintiff - Appellant,

        versus

D. SWISHER; R. W. HALL, Investigator for In-
ternal Affairs; LONNIE M. SAUNDERS; ROB BYRD,
Assistant Warden; YVONNE ELSWICK, Assistant
Warden of Programs; GEORGE DEEDS, Warden, Red
Onion State Prison,

                                    Defendants - Appellees.

———————

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Roanoke.  Jackson L. Kiser, Senior District
Judge.  (CA-99-486-7)

———————

Submitted:  December 14, 1999        Decided:  December 27, 1999

———————

Before WILKINS and NIEMEYER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Jay D. Gould, Jr., Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jay D. Gould, Jr., a Virginia state inmate, appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint under 28 U.S.C.A. § 1915A (West Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court and deny Gould's motion for a temporary restraining order and preliminary injunction. See Gould v. Swisher, No. CA-99-486-7 (W.D. Va. July 30, 1999). Gould's motion for appointment of counsel is denied. See Whisenant v. Yuam, 739 F.2d 160, 163 (4th Cir. 1984). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED